THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABBVIE INC., <br><br> Plaintiff, <br><br> v. <br><br> GENMAB A/S; PROFOUNDBIO US CO.; PROFOUNDBIO (SUZHOU) CO., LTD.; TAE HAN; JULIA GAVRILYUK; and DOES 1-10, <br><br> Defendants. | Case No. 2:25-cv-00510-TL <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY PENDING ITC FINAL DETERMINATION <br><br> CLERK'S ACTION REQUIRED |

This matter came before the Court on the parties' Stipulated Motion to Stay Proceedings. Having reviewed the pleadings and being fully advised, it is **ORDERED**:

1. The Stipulated Motion to Stay Pending ITC Final Determination is **GRANTED**;

2. Pursuant to 28 U.S.C. § 1659(a), this case is **STAYED** pending final resolution of the United States International Trade Commission's Investigation in *In the Matter of Certain Antibody Drug Conjugates and Components Thereof and Products Containing the Same*, Inv. No. 337-TA-1466, including any and all appeals and until the ITC proceedings are no longer subject to judicial review;

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY - 1
(Case No. 2:25-cv-00510-TL)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

151715277.2 0084407-00001

3. The parties shall provide a joint status update to the court by May 31, 2027, or within 14 days following the Target Date for the U.S. International Trade Commission's Investigation, whichever is sooner.

IT IS SO ORDERED.

DATED this 16th day of January, 2026.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY - 2
(Case No. 2:25-cv-00510-TL)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

151715277.2 0084407-00001